THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW JOHN ALEXANDER,<br><br>Defendant. | NO. CR22-200-JNW<br><br>**ORDER RESCHEDULING HEARING** |

THE COURT HEREBY ORDERS that the Disposition Hearing regarding Revocation of Supervised Release set for 9:00 am on August 7, 2024, is rescheduled to 11:00 am on August 6, 2024.

DATED this 29th day of July, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Carolyn Forstein*
CAROLYN FORSTEIN
Assistant United States Attorney

Order Rescheduling Hearing - 1
*United States v. Alexander* / CR24-200-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970